F. & F. LUMBER CO. *v.* TOWNSHIP OF THOMPSON

TAXATION—HIGHWAY FUND—POWER OF TOWNSHIP BOARD.
  A township board has power to raise money for highway pur-
    poses only when the electors have failed to do so after the
    matter has been brought to their attention.

Error to Schoolcraft; Steere, J. Submitted April 5,
1905. (Docket No. 15.) Decided April 21, 1905.

Assumpsit by the F. & F. Lumber Company, Limited,
against the township of Thompson for taxes paid under
protest. There was judgment for plaintiff, and defend-
ant brings error. Affirmed.

*Virgil I. Hixson,* for appellant.
*C. W. Dunton,* for appellee.

GRANT, J. Plaintiff paid certain taxes under protest,
and brought suit to recover them back. The item for
which the plaintiff recovered was for a highway tax
spread by the order of the township board on the ground
that the electors at their annual township meeting had
neglected and failed to provide for the raising of a high-
way fund. The record of the township meeting was in
evidence, and failed to show that the attention of the elec-
tors was called to the highway fund, and that they neglect-
ed or refused to act thereon. It is settled by several de-
cisions of this court that the power of the township board
to raise money in such cases depends upon the neglect or
refusal of the electors to do so, and that the proposition
must in some manner be submitted to the electors before
it can be held that they either neglected or refused. *Til-
lotson* v. *Webber,* 96 Mich. 144, 154; *Auditor General*
v. *Sparrow,* 116 Mich. 574, 593. The case was tried be-
fore the court without a jury, and its finding is sustained.
  Judgment is affirmed.

CARPENTER, McALVAY, MONTGOMERY, and HOOKER,
JJ., concurred.